Entered: July 30, 2014
Signed: July 30, 2014

**SO ORDERED**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | | |
|---|---|---|---|
| In Re: | * | | |
| ANTHONY OLOGEH | * | Case No. | 14-18479PM |
| | * | Chapter | 13 |
| | * | | |
| | * | | |
| Debtor(s) | * | | |

### <u>MEMORANDUM TO COUNSEL</u>

After consideration of counsel's response to the court's Order to Justify Fee and the record herein, the court has determined to take no further action with respect to counsel's fee.


cc:    Counsel for Debtor(s) - Davin Van Eyken
       Debtor(s)
       Trustee
       U.S. Trustee


Fee-11.10 - 3/8/01 -- mlz

### End of Order